DSW

(Official Form 1) (12/02)

| FORM B1 | **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Michals, Spiro | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>aka Spiros T. Michals | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>77 Forrest Avenue<br>Rumson, NJ 07760 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Monmouth | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>58 Rector Place<br>Red Bank, NJ 07701 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | Attorney: Spiros T. Michals, 0427<br>58 Rector Place<br>Red Bank, NJ 07701  ph: (732) 530-6650 |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- [x] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- [x] Consumer/Non-Business
- [ ] Business

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration.

**Chapter 11 Small Business** (Check all boxes that apply)
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small [business under] 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimat[es])
- [ ] Debtor estimates that funds will be available fo[r distribution to unsecured creditors.]
- [x] Debtor estimates that, after any exempt proper[ty is excluded and administrative expenses paid, there will] be no funds available for distribution to unsecu[red creditors.]

Estimated Number of Creditors: 1-15 [x]   16-49 [ ]

Estimated Assets:
- [x] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million

Estimated Debts:
- [x] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million

---

**UNITED STATES BANKRUPTCY COURT**
District of New Jersey

Case # 03-49230 TRTL   Chapter 7
Filed: 8:30 AM, 12/04/03   Trenton

Judge: Raymond Lyons
Trustee: Daniel E. Straffi
Debtor(s):
Spiro Michals

**First Meeting of Creditors**
04:00 PM, December 30, 2003
Trenton - chapter 7
U.S. Courthouse
402 East State Street, Room 129
Trenton, NJ 08608-1507

---

RECEIPT   # 000201039 - BH
03:31 PM, December 04, 2003

| Code | Qty | Amount |
|---|---|---|
| NF | 1 | $39.00 |
| 07 | 1 | $170.00 |

ORIGINAL

**TOTAL PAID: $209.00**

From: Spiros T Michals
Michaels & Michals, Esqs
58 Rector Place
Red Bank, NJ 07701

3

(Official Form 1) (12/02)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Spiro Michals |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:   NONE | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:  NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_____
　Signature of Debtor

X _____
　Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X _/s/_____
　Signature of Attorney for Debtor(s)
　SPIROS T. MICHALS 0427
　Printed Name of Attorney for Debtor(s)

　Firm Name
　58 Rector Place
　Address
　Red Bank, NJ  07701

　(732) 530-6650
　Telephone Number

　_____
　Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/_____
　Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
　Signature of Attorney for Debtor(s)　　　　　　　Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
　Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Bankruptcy2003 ©1991-2003, New Hope Software, Inc. ver. 3.6.0-590 - 31236

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re  Spiro Michals                          ,
                    Debtor

Case No. _____

Chapter   7   _____

## VERIFICATION OF LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors which consists of 1 page, is true, correct and complete to the best of my knowledge.

Date _____    Signature of Debtor  _____
                                                                                              SPIRO MICHALS

IRS
Holtsville, NY 00501-0102


New Century Financial Services
% Pressler & Pressler
16 Wing Drive
Cedar Knolls, NJ 07927


Roy Baker
POB 483
Clarksburg, NJ    08510


State of New Jersey
New Jersey Division of Taxation
PO Box 281
Trenton, NJ 08695-0281

# Michals & Michals, Esqs.

Attorneys at Law
58 Rector Place
Red Bank, NJ   07701
(732) 530-6650
Fax (732) 530-6660
Michalslaw@Hotmail.Com

~~June 5, 2003~~

DEC 0 3 2003

Sent via Overnight Mail
United States Bankruptcy Court Trenton
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ  08608

  Re:   Michals
  Case #:

Dear Sir/Madam:

In regard to the above matter, enclosed please find original and copy(s) (if applicable) of:

1.  Emergent petition

Please return a conformed copy (if applicable) in the enclosed envelope.

Also, your fee is enclosed (if applicable).

Thank you for your time and attention hereto.

            Sincerely,
            Michals & Michals, Esqs.

            By: Spiros T. Michals

STM/pd
Cc: File
Encls.

UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:  :  Case no.: _____

SPIRO MICHALS  :
 :  Chapter: ____7____
 :
 :  Judge: _____
   Debtor(s)  :
_____  :

BANKRUPTCY COURT
FILED
TRENTON, NJ

DEC -4 PM 3: 16

JAMES J. WALDRON

BY:_____
DEPUTY CLERK

Caption of Pleading being filed: __EMERGENT PETITION_____

## CERTIFICATION OF NON COMPLIANCE
## REGARDING CASE MANAGEMENT/ELECTRONIC CASE FILING ("CM/ECF")

I, (____SPIROS T. MICHALS____), HEREBY CERTIFY that with respect to the transition in procedure effective October 1, 2003 which requires *mandatory* electronic filing for attorneys who regularly practice before this Court, and which requires attorneys to become trained and certified "Participants" of CM/ECF, if the attorney files ten (10) or more pleadings in a 12 month period, inclusive of the 2003 calendar year prior to October 1st, the following conditions apply (please check applicable provisions):

_____ (a) I am not currently certified as a CM/ECF Participant. During the twelve (12) month period preceding and including this filing, I have not exceeded the ten (10) document limit; or

_____ (b) I am not currently certified as a CM/ECF Participant. The captioned pleading constitutes my tenth or successive document filed within the preceding twelve (12) month period, and I have contacted the Court to schedule training within thirty (30) days of this filing. My scheduled training date is _____; or

__✓__ (c) I have been trained but not yet certified as a CM/ECF Participant; or

_____ (d) I am a certified "Participant" of CM/ECF, but have encountered the following extenuating circumstances which have prevented me from complying with the mandatory filing requirement with respect to the captioned pleading: (briefly describe)

_____
_____
_____
_____; and

_____ (e) Pursuant to the Court's Notice to the Bar dated June 17, 2003, and posted to the Court's Web site www.njb.uscourts.gov, I have placed the document being filed on a CD ROM in PDF format.

__12/3/03_____    _____
Date    Signature of Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
AT TRENTON
402 E. STATE STREET
TRENTON, NJ 08608

Date: 12/4/03

Office of Attorney Ethics
Supreme Court of New Jersey
P. O. Box 963
Trenton, NJ 08625

Re: NJ Attorney/Debtor

Dear Sir:

This is to advise you that a New Jersey attorney recently filed a petition in bankruptcy in the Clerk's Office at Trenton. The name of said individual is: Spiros T. Michals. Debtor's address, the case number, and file date of the petition are set forth in the copy of the petition which is enclosed herewith.

Very truly yours,

JAMES J. WALDRON, Clerk

By: _____
Deputy Clerk

cc: ✓United States Trustee
   Securities and Exchange Commission
   Internal Revenue Service
   James J. Waldron, Clerk (w/copy of petition w/o attachments)
      ATTENTION: Kathy Weinstein