Form 180 − ntchrgfail

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:     Spiro Michals
SSN:       xxx−xx−0427
EIN:
ADDRESS: 77 Forest Avenue
         Rumson, NJ 07760−0000

Case No:   03−49230−RTL
Chapter:   7
Judge:     Raymond T. Lyons Jr.

Debtor(s)

## NOTICE OF MISSING DOCUMENTS AND NOTICE OF DISMISSAL
## IF DOCUMENTS ARE NOT TIMELY FILED

1. Notice is hereby given that the following documents must be filed within 15 days from the date the bankruptcy petition was filed:

   Summary of Schedules, Schedules A through J, Statement of Financial Affairs

2. This case will be dismissed on , unless the missing documents are received on or before that date by the Clerk of the Court at:

   U.S. Bankruptcy Court
   402 East State Street
   Trenton, NJ 08608

If you object to dismissal of the case, you may submit a written request for a hearing setting forth the reasons why dismissal would not be proper. Such request must be received by the Clerk of the Court on or before .

THIS IS THE ONLY NOTICE YOU WILL RECEIVE. If you fail to timely comply with the requirements set forth above, this case will be dismissed.

Dated: December 8, 2003
JJW: mlw

James J. Waldron
Clerk

If the schedules you file list more creditors than were included on the list of creditors(matrix) filed with your petition, you must file with your schedules an amended list of creditors(matrix), listing only those creditors being added, and a separate verified statement of changes (D.N.J. LBR 1007−2 and 1009−1). You must also pay a $26 fee for the amendment in the form of certified check, money order, or attorney's check.

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0312-3         User: mweldon              Page 1 of 1              Date Rcvd: Dec 08, 2003
Case: 03-49230               Form ID: 180               Total Served: 4

The following entities were served by first class mail on Dec 10, 2003.
db        +Spiro Michals,   77 Forest Avenue,   Rumson, NJ   07760-1619
tr         Daniel E. Straffi, Trustee,   670 Commons Way,   Building I,   Toms River, NJ   08755
smg        U.S. Attorney,   970 Broad St.,   Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg        United States Trustee,   Office of the United States Trustee,   One Newark Center,   Suite 2100,
             Newark, NJ   07102

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2003**                    **Signature:**    *Joseph Speetjens*