MICHALNJ0039

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY, TRENTON DIVISION

| | | |
|---|---|---|
| IN RE: SPIROS MICHALS | : | CHAPTER: 7 |
| | : | |
| AKA:SPIROS T MICHALS | : | |
| | : | BANKRUPTCY NO: 03-49230-RTL |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditors listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent appears below.

3. The address below should be substituted for that of the creditor named below.

American Express Travel Related Services Co., Inc.
Becket and Lee LLP, Attorneys/Agent
c/o Becket and Lee, LLP
P.O. Box 3001
Malvern, PA 19355-0701

By: /s/Thomas A. Lee III
Thomas A. Lee III

(610) 644-7800

Date: February 25, 2004

PET: 12/04/2003