

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
|---|---|---|
|  | Chapter: | 7 |
|  | Judge: | _____ |

# ORDER RESPECTING
# AMENDMENT TO SCHEDULE D, E OR F
# OR LIST OF CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: _____

Judge, United States Bankruptcy Court

SO 7

Page 2

---

The debtor having filed on _____, 20 _____, an amendment to Schedule _____ or to the list of creditors, adding creditor(s) not previously listed, and for good cause shown, it is

ORDERED that the added creditor(s) has sixty (60) days from the date of this Order, or until the date specified in the *Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines*, whichever is later, to:

- file a proof of claim, if the case is an asset case.
- file a complaint objecting to discharge under Bankruptcy Code §727(a) or to determine dischargeability of its debt under Bankruptcy Code §523(c), if the debtor is an individual; and it is further

ORDERED that the debtor(s) shall serve on the added creditor(s), by mailing within ten (10) days of the date of this order:

1. A copy of this Order, and
2. A notice advising such creditor(s) of the following:
   - the date of the filing of the petition for relief;
   - the date of the first meeting of creditors;
   - the date within which a Proof of Claim must be filed, if an asset case; a notification that a claim need not be filed, if a no-asset case;
   - if the debtor is an individual, the date within which a complaint objecting to discharge/dischargeability must be filed; and
   - that the debtor(s) may be examined by subpoena pursuant to D.N.J. LBR 2004-1; and it is further

ORDERED that within ten (10) days of the date of this order, the debtor(s) shall file an affidavit certifying compliance with the above, to which shall be attached a true copy the notice required by the preceding paragraphs.